IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOLORIS VALARIE LAMBERT and ROBERT LAMBERT,<br><br>        Plaintiffs,<br><br>    v.<br><br>CURTIS BALD EAGLE, an individual, and TOM FERY FARM, INC., an Oregon corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Civil Case No. 06-748-AS<br>)<br>)   O R D E R<br>)<br>)<br>)<br>)<br>) |

    Craig A. Crispin
    Iayesha E.J. Smith
    Crispin Employment Lawyers
    9600 S.W. Oak Street, Suite 500
    Portland, Oregon  97223

        Attorneys for Plaintiffs

Page 1 - ORDER

Kim E. Hoyt
Spencer Chester Rockwell
Garrett Hemann Robertson Jennings Comstock &
Trethewy, P.C.
1011 Commercial N.E.
P. O. Box 749
Salem, Oregon  97308-0749

      Attorneys for Defendants

KING, Judge:

The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on May 25, 2007.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Ashmanskas' Findings and Recommendation (#37).

IT IS HEREBY ORDERED that the action is dismissed under 28 U.S.C. § 1367(c)(3).

DATED this ___18th___ day of June, 2007.

                                        /s/ Garr M. King
                                          GARR M. KING
                                      United States District Judge